Brody Valerga (USB #11789)
Valerga LLP
395 South Main Street, Suite 201
Alpine, UT 84004
Telephone: (801) 893-3635
Email: brody@valergalawyers.com
*Attorney for Plaintiff and Counterclaim Defendant Plaza 106, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>PLAZA 106, LLC,<br>     Debtor in Possession.<br><br>------------------------------<br><br>PLAZA 106, LLC,<br><br>     Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>FIRST UTAH BANK, a Utah state-chartered bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,<br><br>     Defendants and Counterclaim Plaintiff,<br><br>------------------------------<br><br>FIRST UTAH BANK, a Utah state-chartered bank,<br><br>     Third-Party Plaintiff,<br><br>v.<br><br>NAGENDRA PRASAD REDDY,<br><br>     Third-Party Defendant. | **REQUEST TO SUBMIT FOR DECISION**<br><br>Bankruptcy No. 25-25459-PH<br><br>Chapter 11<br><br>Hon. Peggy Hunt<br><br>Adv. Proc. No. 26-02063-PH<br><br>District Court Case No. 2:26-cv-00521-TC<br><br>Hon. Tena Campbell |

Plaintiff and Counterclaim Defendant Plaza 106, LLC ("Plaza"), pursuant to DUCivR 7-3, respectfully requests that the Court submit for decision Plaza's Motion to Withdraw the

Reference (ECF No. 2). Briefing on the Motion is complete. In support of this Request, Plaza states as follows:

1. **Motion.** Plaza's Motion to Withdraw the Reference was filed in Adversary Proceeding No. 26-02063-PH on June 2, 2026, was transmitted to this Court, and was docketed in this Court on June 4, 2026 (ECF Nos. 1, 2).

2. **Response.** Defendants First Utah Bank and Michael R. Brown filed their Memorandum in Opposition to the Motion on June 16, 2026 (ECF No. 3).

3. **Reply.** Plaza filed its Reply Memorandum in Support of the Motion on July 6, 2026 (ECF No. 6), within the deadline set by the Court's Docket Text Order of July 1, 2026, granting Plaza's Motion for Extension of Time (ECF Nos. 4, 5).

4. **Hearing.** No hearing has been requested.

The Motion is fully briefed and ready for the Court's determination.

DATED this 24th day of July, 2026.

Valerga LLP

/s/ Brody Valerga
Brody Valerga
*Attorney for Plaintiff and Counterclaim Defendant Plaza 106, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I electronically filed the foregoing **REQUEST TO SUBMIT FOR DECISION** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following parties of record:

Zack L. Winzeler (zwinzeler@parsonsbehle.com)
Brian M. Rothschild (brothschild@parsonsbehle.com)
Whitney E. McKiddy (wmckiddy@parsonsbehle.com)
ecf@parsonsbehle.com
docket@parsonsbehle.com
PARSONS BEHLE & LATIMER
*Counsel for First Utah Bank and Michael R. Brown*

Office of the United States Trustee
USTPRegion19.SK.ECF@usdoj.gov

DATED this 24th day of July, 2026.

/s/ Brody Valerga