FILED
2026 SEP 23 PM 4:28
CLERK
U.S. DISTRICT COURT

Nagendra Prasad Reddy
3861 N Springbrook Ln
Lehi, UT 84048
Telephone: (414) 687-3000
Email: Prasad.Reddy@CarePhysician.com
Third-Party Defendant, appearing Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>PLAZA 106, LLC,<br><br>Debtor in Possession. | Bankruptcy No. 25-25459-PH<br><br>Chapter 11 |
| PLAZA 106, LLC,<br>Plaintiff and Counterclaim Defendant,<br>v.<br>FIRST UTAH BANK, a Utah state-chartered bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,<br>Defendants and Counterclaim Plaintiff,<br><br>FIRST UTAH BANK, a Utah State Chartered Bank,<br>Third-Party Plaintiff,<br>v.<br>NAGENDRA PRASAD REDDY,<br>Third-Party Defendant. | Case No. 2:26-cv-00521-TC<br>Hon. Tena Campbell<br><br>Related case (consolidation sought):<br>Case No. 2:26-cv-00790-RJS<br><br>Adv. Proc. No. 26-02063 |

# THIRD-PARTY DEFENDANT NAGENDRA PRASAD REDDY'S MOTION TO CONSOLIDATE RELATED CASES (Fed. R. Civ. P. 42(a); DUCivR 42-1)

**RELIEF SOUGHT AND GROUNDS**

Third-Party Defendant Nagendra Prasad Reddy, a party to the later-filed case, moves under Fed. R. Civ. P. 42(a) and DUCivR 42-1 to consolidate Case No. 2:26-cv-00790-RJS into this case, the earliest-filed. The ground is simple: both cases ask the same question — whether cause exists under 28 U.S.C. § 157(d) to withdraw the reference of claims pending in one adversary proceeding — and that question should be decided once, by one judge. This Motion is filed in the earliest-filed case as General Order 25-007 requires, is accompanied by a proposed order, and is noticed in Case No. 2:26-cv-00790-RJS under DUCivR 42-1(b).

**RELEVANT FACTS**

1. Both cases arise from a single adversary proceeding, Plaza 106, LLC v. First Utah Bank, Adv. No. 26-02063 (Bankr. D. Utah). Each is a motion to withdraw the reference of claims in that proceeding: Plaza 106's claims and First Utah Bank's counterclaims here, and First Utah Bank's third-party claims against Mr. Reddy in the later-filed case.

2. Plaza 106's motion is fully briefed and was submitted for decision on July 24, 2026. Dkt. Nos. 2, 3, 6, 7.

3. Case No. 2:26-cv-00790-RJS was opened on August 25, 2026, upon transmittal of Mr. Reddy's motion. First Utah Bank's objection and Mr. Reddy's reply are docketed with it. No. 2:26-cv-00790-RJS, Dkt. No. 2 & Attachs. 1–2.

4. First Utah Bank, through the same counsel, opposes both motions. Compare Dkt. No. 3, with No. 2:26-cv-00790-RJS, Dkt. No. 2, Attach. 1.

## I. THE TWO CASES PRESENT A COMMON QUESTION OF LAW AND FACT.

Rule 42(a) permits consolidation when actions "involve a common question of law or fact." DUCivR 42-1(a) applies the same standard when related cases are pending before different judges. Here the common question is the entire dispute: whether cause exists under § 157(d) to withdraw the reference of claims in Adversary Proceeding No. 26-02063. The two motions arise from the same transactions, involve the same opposing party and counsel, and rest on the same record. The standard is met.

## II. ONE DECISION AVOIDS DUPLICATION AND INCONSISTENT RULINGS, AND PREJUDICES NO ONE.

Absent consolidation, two judges of this Court will decide the same question on materially identical records. If they reach different answers, a single adversary proceeding would be divided between the district court and the bankruptcy court — the fragmentation that consolidation exists to prevent. Consolidation costs the parties nothing: both motions are fully briefed, no further briefing is needed, and no schedule is disturbed. Under DUCivR 42-1(b), the assigned judges confer and the judge assigned to the earliest-filed case decides. Alternatively, the same result may be reached by transfer of the later-filed case to this Court under DUCivR 83-2(e).

**CONCLUSION**

Mr. Reddy respectfully requests that the Court consolidate Case No. 2:26-cv-00790-RJS into this case for all purposes, deem the papers filed in the later-filed case part of the record of the consolidated action, and direct that further filings bear this case number. Mr. Reddy's non-consent to entry of final orders or judgment by the Bankruptcy Court and his demand for trial by jury are preserved.

DATED this 23rd day of September, 2026.

/s/ Nagendra Prasad Reddy
Nagendra Prasad Reddy
Third-Party Defendant, Pro Se
3861 N Springbrook Ln, Lehi, UT 84048
(414) 687-3000 | Prasad.Reddy@CarePhysician.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September, 2026, I caused a true and correct copy of the foregoing MOTION, with its proposed order, to be served by electronic mail, pursuant to counsel's written consent to electronic service (Adv. Dkt. No. 51, Ex. B), on the following:

**Counsel for First Utah Bank and Michael R. Brown**
Parsons Behle & Latimer

Brian M. Rothschild
brothschild@parsonsbehle.com

Zack L. Winzeler
zwinzeler@parsonsbehle.com

Whitney E. McKiddy
WMcKiddy@parsonsbehle.com

Andrew J. Somers
ASomers@parsonsbehle.com

**Counsel for Plaza 106, LLC**
Brody Valerga, Valerga LLP
brody@valergalawyers.com

I further certify that the original was delivered to the Clerk of the United States District Court for the District of Utah for filing in Case No. 2:26-cv-00521-TC, and that a Notice of this Motion was filed in Case No. 2:26-cv-00790-RJS as required by DUCivR 42-1(b).

/s/ Nagendra Prasad Reddy
Nagendra Prasad Reddy
Third-Party Defendant, Pro Se