*Order prepared and submitted by:*
Nagendra Prasad Reddy
3861 N Springbrook Ln
Lehi, UT 84048
Telephone: (414) 687-3000
Email: Prasad.Reddy@CarePhysician.com
Third-Party Defendant, appearing Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>PLAZA 106, LLC,<br><br>Debtor in Possession. | Bankruptcy No. 25-25459-PH<br><br>Chapter 11 |
| PLAZA 106, LLC,<br>Plaintiff and Counterclaim Defendant,<br>v.<br>FIRST UTAH BANK, a Utah state-chartered bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,<br>Defendants and Counterclaim Plaintiff,<br><br>FIRST UTAH BANK, a Utah State Chartered Bank,<br>Third-Party Plaintiff,<br>v.<br>NAGENDRA PRASAD REDDY,<br>Third-Party Defendant. | Case No. 2:26-cv-00521-TC<br>Hon. Tena Campbell<br><br>Case No. 2:26-cv-00790-RJS<br><br>Adv. Proc. No. 26-02063 |

# [PROPOSED] ORDER GRANTING MOTION TO CONSOLIDATE RELATED CASES

Before the Court is Third-Party Defendant Nagendra Prasad Reddy's Motion to Consolidate Related Cases under Fed. R. Civ. P. 42(a) and DUCivR 42-1. The Court finds that Case No. 2:26-cv-00521-TC and Case No. 2:26-cv-00790-RJS involve a

common question of law and fact: whether cause exists under 28 U.S.C. § 157(d) to withdraw the reference of claims pending in Adversary Proceeding No. 26-02063 (Bankr. D. Utah). Good cause appearing, the Motion is GRANTED. It is hereby ORDERED:

1. Pursuant to Fed. R. Civ. P. 42(a) and DUCivR 42-1, Case No. 2:26-cv-00790-RJS is consolidated into Case No. 2:26-cv-00521-TC for all purposes.

2. All papers filed in Case No. 2:26-cv-00790-RJS, including the motion to withdraw the reference and the objection and reply docketed with it, are deemed part of the record of the consolidated action.

3. All further filings shall bear Case No. 2:26-cv-00521-TC. The Clerk of Court is directed to administratively close Case No. 2:26-cv-00790-RJS.

DATED this ____ day of ___________________, 2026.

BY THE COURT:

________________________________
Hon. Tena Campbell
United States District Judge