IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>PLAZA 106, LLC,<br><br>Debtor in Possession. | Bankruptcy No. 25-bk-25459-PH<br><br>Adversary Proceeding No. 26-ap-02063-PH |
| PLAZA 106, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIRST UTAH BANK, a Utah state-chartered bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,<br><br>Defendants. | **ORDER DIRECTING CASE TRANSFER**<br><br>Case No. 2:26-cv-00521-TC<br>Related Case: Case No. 2:26-cv-00790-RJS<br><br>Judge Tena Campbell |

In this action, Plaintiff Plaza 106, LLC (Plaza 106) asks the court to withdraw the reference to an adversary proceeding that is currently pending in connection with a bankruptcy case in the United States Bankruptcy Court for the District of Utah. (See Plaza 106 Mot. Withdraw Bankr. Ref., ECF No. 2.)

In a separate matter, Third-Party Defendant Nagendra Prasad Reddy also moves the court to withdraw the reference of the third-party claims asserted against him in the same adversary proceeding. (See Mot. Withdraw Ref., ECF No. 2 in Reddy v. First Utah Bank, No. 2:26-cv-00790.) That matter was assigned to the Honorable Robert J. Shelby. Mr. Reddy asks the court to consolidate the related cases. (ECF No. 8.)

Under DUCivR 83-2(d)(2), "[i]f multiple cases arising out of a single bankruptcy case are filed in this court, the first case will be randomly assigned to a judge. All subsequent cases arising out of the same bankruptcy case will be assigned to the same judge." Because the cases filed by Plaza 106 and Mr. Reddy both arise out of the same bankruptcy matter, the court directs the Clerk of Court to transfer Case No. 2:26-cv-00790 from Judge Shelby to the undersigned judge.

The court notes that consolidation is not necessary. Mr. Reddy represents that his motion to withdraw the bankruptcy reference "rests on grounds independent of" Plaza 106's motion to withdraw the bankruptcy reference. (ECF No. 2 in No. 2:26-cv-00790, at 4.) The court therefore finds that transfer, rather than consolidation, is appropriate.

**ORDER**

For the foregoing reasons, the court ORDERS as follows:

1. The court directs the Clerk of Court to transfer Case No. 2:26-cv-00790 to the undersigned judge.

2. The Motion to Consolidate Related Cases (ECF No. 8) is TERMINATED AS MOOT.

DATED this 6th day of October, 2026.

BY THE COURT:

Tena Campbell

Tena Campbell
United States District Judge